UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                     Plaintiff,

                                        ORDER

                                        09-CR-6177L
                                        11-CV-6598L

            v.

CHARLES DICKINSON II,

                     Defendant.
_____

      Defendant Charles Dickinson's motion (Dkt. #50) for leave to amend his petition filed pursuant to 28 U.S.C. § 2255 is granted. The amended petition and supporting material, if any, must be filed on or before March 12, 2012.

      IT IS SO ORDERED.

                                          _____
                                              DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
         February 2, 2012.